# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEITH FALGOUT, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF
OF K&R HEATING & AIR
CONDITIONING, LLC

VERSUS

RONNIE BUQUET, RONNIE'S
HEATING AND AIR LLC, AND K&R
HEATING & AIR CONDITIONING,
LLC

NO.  2025 CW 0972

DECEMBER 30, 2025

---

In Re:   Ronnie Buquet, applying for supervisory writs, 32nd
Judicial District Court, Parish of Terrebonne, No.
197388 c/w 198083 & 198719.

---

BEFORE:   LANIER, WOLFE,  AND HESTER, JJ.

WRIT DENIED.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT